

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00089-CV

**IN RE CONOCOPHILLIPS COMPANY**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:  Catherine Stone, Chief Justice
     Rebeca C. Martinez, Justice
     Patricia O. Alvarez, Justice

Delivered and Filed: April 10, 2013

PETITION FOR WRIT OF MANDAMUS DENIED

   This court has considered relator's petition for writ of mandamus and motion for temporary relief. The court is of the opinion that the relief should be denied. TEX. R. APP. P. 52.8(a). Accordingly, relator's petition for writ of mandamus and motion for temporary relief are denied. Relator shall pay all costs incurred in this proceeding.

                PER CURIAM

---

[1] This proceeding arises out of Cause No. 7,637, styled *Ramirez v. ConocoPhillips Company*, pending in the 49th Judicial District Court, Zapata County, Texas, the Honorable Jose A. Lopez presiding.